IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3126 |
| vs. | |
| COBY JOHNSON, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 31). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Indictment (filing 31) is granted.

2. The indictment is dismissed without prejudice as to defendant Coby Johnson.

Dated this 13th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge